UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOE L. AMERSON,                                                  Case No. 1:13-cv-918

    Plaintiff,                                                        Judge Timothy S. Black

-vs-

PRESIDENT, FIDELITY INVESTMENT
COMPANY,

    Defendant.

---

### JUDGMENT IN A CIVIL CASE

---

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ x ]   **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the Magistrate Judge (Doc 2) is **ADOPTED**; the Plaintiff's Objections (Doc. 3) are **OVERRULED**; that Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 1) is **DENIED**; that Plaintiff's Motion to Compel (Doc. 4) is **DENIED** as moot; that the case is **REMANDED** to the Court of Common Pleas, Hamilton County, Ohio; and this case is **TERMINATED** on the docket of the Court.

Date: February 26, 2014                                **JOHN P. HEHMAN, CLERK**

                                                          By: *s/ M. Rogers*
                                                          Deputy Clerk